# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2020

SEAN F. McAVOY, CLERK

Benjamin E Stutzke,

*Plaintiff*

v.   Civil Action No. 2:19-cv-00245-SAB

State,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A Bastian

Date: February 3, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza